221 F.2d 958
 Duncan HARRIS et al., Plaintiffs-Appellants,
v.
The CONNECTICUT LIGHT & POWER COMPANY, Defendant-Appellee.
 No. 281.
 Docket 23460.
 United States Court of Appeals Second Circuit.
 Argued April 22, 1955.
 Decided May 11, 1955.
 
 Appeal from a judgment of the United States District Court for the District of Connecticut; Robert P. Anderson, Judge.
 John R. Cuneo, Norwalk, Conn. (Lovejoy & Cuneo, Robert B. Seidman and Stephen Tate, Norwalk, Conn., of counsel), for appellants.
 Carmody & Torrance, Waterbury, Conn. (Walter F. Torrance, Jr., Waterbury, Conn., of counsel), for appellee.
 Before FRANK, MEDINA and HINCKS, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on the opinion of Judge Anderson, 125 F.Supp. 395.